UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAN KIP KENNEDY,<br><br>  Plaintiff,<br><br>  v.<br><br>COLUMBUS MANUFACTURING, INC., et al.,<br><br>  Defendants. | Case No. 17-cv-03379-EMC<br><br>**ORDER GRANTING IN PART PLAINTIFF'S AMENDED MOTION FOR PROTECTIVE ORDER**<br><br>Docket No. 46 |

On November 26, 2017, Plaintiff Hakan Kip Kennedy filed a motion for protective order, requesting that the Court change the location of Mr. Kennedy's deposition, which was scheduled for December 28 in San Francisco. *See* Docket No. 46. Mr. Kennedy argues that due to his spinal injury and limited disability income, it would be expensive and inconvenient for him to travel to San Francisco for the deposition. However, the deposition of a plaintiff presumptively takes place in the forum district. *See Fausto v. Credigy Servs. Corp.*, 251 F.R.D. 427, 429 (N.D. Cal. 2008) (quoting *Turner v. Prudential Ins. Co. of Am.*, 119 F.R.D. 381, 383 (M.D.N.C. 1988)). Thus, Mr. Kennedy shall give the deposition in person in San Francisco. Considering his financial situation, Defendant Columbus Manufacturing, Inc., shall reimburse 75% of Mr. Kennedy's travel costs up to a maximum contribution of $675 for airplane tickets, $300 for accommodations, and $90 for local transportation. This order disposes of Docket No. 46.

**IT IS SO ORDERED**.

Dated: November 29, 2017

_____
EDWARD M. CHEN
United States District Judge